S. AMANDA MARSHALL, OSB # 953473
United States Attorney
District of Oregon
**JAMES E. COX, JR., OSB # 085653**
jim.cox@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1026
Facsimile: (503) 727-1117
    Attorneys for Defendant United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DIANE ROARK,** | Case No.: 6:12-CV-01354-MC |
| Plaintiff, | |
| v. | **DECLARATION OF KIRSTEN M. RUHLAND IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

I, Kirsten M. Ruhland, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. I make this declaration on personal knowledge and, if called upon to do so, I could and would competently testify to the following matters.

1.    I am employed in the Security Policy Branch of the office of the Deputy Chief of Naval Operations for Information Dominance. This declaration is in support of the review I

conducted of a document which I understand was seized from Ms. Diane Roark. The document in question is a two page correspondence dated April 28, 1999, from Commander, Naval Security Group Command to the Chief of Legislative Affairs regarding approval of an official answer from the Navy to Congress. This document and the information in the document has not been made publicly available.

2. I have consulted with the Security Director of U.S. Fleet Cyber Command/U.S. TENTH Fleet, Battlespace Awareness Program Manager for Deputy Chief of Naval Operations for Information Dominance, and reviewed OPNAVINST 5513.8B Security Classification Guide (ID#08-113). The information in the aggregate identifies a Navy program, technical organizational components, and external agency equities that require continued protection in the interest of national security. Had this document been requested through the Freedom of Information Act (FOIA), it would have been exempted from disclosure under Exemption (1)(A) of the FOIA. Section 552(b) (1)(A) of Title 5 of the U.S. Code exempts from mandatory disclosure matters "specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign policy."

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 30th day of September at 2014.

*Kirsten M. Ruhland*
KIRSTEN M. RUHLAND

**Page 2 Declaration of Kirsten M. Ruhland in Support of Defendant's Motion for Summary Judgment**
*Roark v. United States,* 6:12-CV-01354-MC

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014 a copy of the foregoing **Declaration of Kirsten M. Ruhland in Support of Defendant's Motion for Summary Judgment** was placed in a postage prepaid envelope and deposited in the United States Mail at Portland, Oregon, , addressed to:

    Diane Roark
    2000 N. Scenic View Dr.
    Stayton, OR 97383

And was sent via email to the following email address:

    gardenofeden@wvi.com

                                             */s/ James E. Cox, Jr.*
                                               JAMES E. COX, JR.

**CERTIFICATE OF SERVICE**