S. AMANDA MARSHALL, OSB # 953473
United States Attorney
District of Oregon
**JAMES E. COX, JR., OSB # 085653**
jim.cox@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone:    (503) 727-1026
Facsimile:    (503) 727-1117
        Attorneys for Defendant United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DIANE ROARK, | Case No.: 6:12-CV-01354-MC |
| Plaintiff, | |
| v. | DECLARATION OF LAURA J. PINO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

   I, Laura J. Pino, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and currently assigned to the Baltimore field office. I have been a Special Agent for approximately seventeen years. I have conducted or managed National Security investigations throughout my career.

**Page 1 Declaration of Laura J. Pino in Support of Defendant's Motion for Summary Judgment**
   *Roark v. United States,* 6:12-CV-01354-MC

2.      On or about July 26, 2007, the FBI conducted a search of plaintiff Diane Roark's residence pursuant to a search warrant. Attached hereto as Exhibit 1 is a true and correct copy of a redacted version of the affidavit submitted in support of the application for the warrant to search Roark's residence.

3.      The FBI seized certain items during the search of plaintiff Roark's residence. Attached hereto as Exhibit 2 is a true and correct copy of the receipts issued to plaintiff Roark for the property seized by the FBI during the search of plaintiff Roark's residence.

4.      Since the July 2007 search, the FBI has returned some of the property to plaintiff Roark that was seized. The only property that the FBI still retains from the 2007 search and seizure of plaintiff Roark's residence is the desktop computer referenced in the declaration of Charles E. and the items listed in the chart attached hereto as Exhibit 3.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 30th day of September 2014 at Calverton, Maryland.

_____
LAURA J. PINO

**Page 2 Declaration of Laura J. Pino in Support of Defendant's Motion for Summary Judgment**
*Roark v. United States,* 6:12-CV-01354-MC

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014 a copy of the foregoing **Declaration of Laura J. Pino in Support of Defendant's Motion for Summary Judgment** was placed in a postage prepaid envelope and deposited in the United States Mail at Portland, Oregon, , addressed to:

>Diane Roark
>2000 N. Scenic View Dr.
>Stayton, OR 97383

And was sent via email to the following email address:

>gardenofeden@wvi.com

>>  /s/ James E. Cox, Jr.
>>JAMES E. COX, JR.

**CERTIFICATE OF SERVICE**