FD-597 (Rev 8-11-94)                      Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 332A-HQ-1516536

On (date) 7-26-07

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Diane Roark
(Street Address) 2000 N. Scenic View Dr
(City) Stayton, OR.

Description of Item(s):

(3) Dell Dimension 8200 CPU / service tag JQM4611

Received By: _____ (Signature)    Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                                                                Page 1 of 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 332A-HQ-1516536

On (date) 7-26-07

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Diane Roark
(Street Address) 2000 N Scenic View Drive
(City) Stayton

Description of Item(s):

1) One email dated 3/30/00
2) AT+T phone records, Wil. May Co statements, handwritten notes
3) Nokia cell phone, ESN (w/charger) 067034380257325541, 803-2776
4) rolodex
5) Emails + documents re CCDC and Graybeard
6) H.R 4301 Report, SpAf personnel notes
7) 2 classified documents
8) 2 folders NSA related docs, personnel papers, FUOU docs + CD "Star Sapphire Working Group 4/19/01"
9) CRS controlled items, 1 FUO doc, binder "Laws Affecting the NSA"
10) Thin Thread folders/docs
11) TSP/Thin Thread documents/folders
12) Rolodex
13) One box containing calendars, day planners, notebooks, bus. cards
14) Emails, articles + calendars
15) Brother MFC7420 fax machine, SN U61278H5J613846
16) Attorney docs (not entered into AES)
17) 11 books from office - NSA subject matter

Received By: _____(Signature)     Received From: _____(Signature)

FD-597 (Rev 8-11-94)                                                                                      Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 332A HQ-1516536

On (date) 7-26-07

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Dane Roark
(Street Address) 2000 N. Scenic View Dr
(City) Stayton, OR

Description of Item(s):

18) Notebook "2007 work hots"
19) emails, USIC related docs, notebook
20) phone numbers, contact info

Received By: _____ (Signature)    Received From: _____ (Signature)

Roark v. United States, Case No. 12-cv-01354-MC                                    Pino Declaration, Exhibit 2