**Paper documents, CD, and Notebooks Containing Classified/Protected information** - 30 Sept. 2014

| Number | Description/ File name | Protected Information Holder | # pages |
|---|---|---|---|
| HC1 | Email strings: Re: suggestions tonight? | NSA, HPSCI | 9 |
| HC2 | Congressional Staff Visit, dated 24 June 1999 | NSA, HPSCI | 2 |
| HC3 | Memorandum for Commander, Naval Security Group Command | NSA, HPSCI, Naval Ops for Info Dominance | 2 |
| HC4 | Commander Naval Security Group Slides | NSA, HPSCI | 18 |
| HC5 | Set of miscellaneous documents, primarily faxes | NSA, HPSCI | 38 |
| HC6 | Intelligence Review: Audit report | HPSCI | 23 |
| HC7 | Working Group April 19, 2001 CD | NSA, HPSCI | 13 sample pages printed from CD for review. |
| HC8 | CIA Responses to the Honorable Curt Weldon's Questions | **RETURN** | 11 |
| HC9 | Intelligence Community Information Systems Strategic Plan | HPSCI | 68 pages in addition to covers |
| HC10 | Handwritten Notes: Why We're Different | **RETURN** | 4 pages, notes on 6 sides |
| HC11 | Pre-publication review submission | NSA, HPSCI | 4 |
| HC12 | Pre-publication review submission | NSA, HPSCI | 4 |
| HC13 | Pre-publication review submission | NSA, HPSCI | 4 |
| HC14 | Initial Comments Regarding Specific Redactions 9/11/06 | NSA, HPSCI | 5 |
| HC15 | Testimony of May 18, 2006 | **RETURN** | 2 |
| HC16 | Email Excerpts: Not supposed to make sense … | HPSCI | 1 |
| HC17 | Email Excerpt: Anybody see or read … | **RETURN** | 4 (Copied onto 3 pages for NSA review) |
| HC18 | Email Excerpt: They are using … | **RETURN** | 2 (Copied onto 1 page for NSA review) |
| HC19 | Email Excerpt: What ethics? | HPSCI | 1 |
| HC20 | Email Excerpt: … the SSCI and HPSCI authorization language … | HPSCI | 1 |
| HC21 | Baseline (definition) Slide | HPSCI | 1 |
| HC22 | NIPF Issues Agenda | **RETURN** | 1 |
| HC23 | Notebook: At a Glance 2000 | NSA | 90 |
| HC24 | Notebook: 6/96- Message Log (audio) | NSA | 55 |

UNCLASSIFIED

| HC25 | Notebook: tel. msg. 7/98 – 2/23/99 | NSA | 71 |
| HC26 | Notebook: Telephone Msg 2/24/99 to 7/21/99 | NSA | 68 |
| HC27 | Notebook: msg 9/28/99 to 4/6/00 | NSA | 63 |
| HC28 | Notebook: msg 4/6/00 to 12/1/00 | NSA | 69 |
| HC29 | Notebook: 12/4/00 - | NSA | 67 |
| HC30 | Notebook: Week At a Glance Appointments 1998 | **RETURN** | 74 |
| HC31 | Notebook: Telecons 10/97 – 6/98 | NSA | 69 |
| HC32 | Notebook: (Black) Pocket Planner (Inside: 1990 calendar) | NSA | 103 |
| HC33 | Notebook: (Black) Week At a Glance (Inside: Appointments 1999) | NSA | 101 |
| HC34 | Notebook: 1995 – 96 Msg log (audio) | NSA | 38 |
| HC35 | Notebook: Press List Telecons 4/23/97 to 9/25/97 | NSA | 42 |
| HC36 | Notebook: msg 7/22 – 9/27/99 | NSA | 51 |
| HC37 | Notebook: 2001 Desk Master Diary | **RETURN** | No page count shown |
| HC38 | Email Excerpt (shorter excerpt than HC 19): What ethics? | **RETURN** | 1 |

UNCLASSIFIED