## Attachment 1,
## Metadata on Material Not Returned to Edward Loomis
## by the Government

**Plaintiff's Respoonse to Defendant's Proposed Plan for Return of Electronically Stored Information**

*Roark v. US*, 6:12-CV-01354-MC

## Summary
### Metadata Fields for 148 Loomis Emails, Columns A through N

A – Email Message

B – File Name                               (lines 146-148 only)

C – Message ID

D—Sent                                       (date, time)

E – Subject

F – Sender

G – Receiver

H – Source                                   (Inbox, Outbox, archive, Deemed Classified)

I - Content Created                          (date, time)

J - Size                                     (content kilobytes)

K – Message Hash                             (a string of numbers and small case letters)

L – MD5 Hash                                 (another string of numbers and small case letters)

M - Contributor                              (last 3 emails only)

N – Content Last Modified                    (lines 118 to 148 only)

Page 1, Amended Attachment 1
Plaintiff's Response to Defendant's Proposed Plan for
Return of Electronically Stored Information
Roark v. U.S. 6:12-CV-01354-MC

Roark's Email Metadata

First 15 of 148 Emails

| # | Type | File Name | Message ID |
|---|---|---|---|
| 1 | Email Message | | <LOBBIBFECFFEBGIKOOAPMEANCKAA.jkwiebe@erols.com> |
| 2 | Email Message | | <PBELKDMDPNDHBAEHDLFLIELECBAA.JKWiebe@Adelphia.Net> |
| 3 | Email Message | | <PBELKDMDPNDHBAEHDLFLIEJJCCAA.JKWiebe@Adelphia.Net> |
| 4 | Email Message | | <PBELKDMDPNDHBAEHDLFLKEHHCEAA.JKWiebe@Adelphia.Net> |
| 5 | Email Message | | <B86E0CFA.4BB%tadrake@earthlink.net> |
| 6 | Email Message | | <B87350A3.78FB%tadrake@earthlink.net> |
| 7 | Email Message | | <PBELKDMDPNDHBAEHDLFLMEDECFAA.JKWiebe@Adelphia.Net> |
| 8 | Email Message | | <B87850AD.79E6%tadrake@earthlink.net> |
| 9 | Email Message | | <B879FC9D.3F9A%tadrake@earthlink.net> |
| 10 | Email Message | | <B885E3EA.42CB%tadrake@earthlink.net> |
| 11 | Email Message | | <435A5CEEACA6D211BEEA0008C75DA8850B537C78@hrm12.house.gov> |
| 12 | Email Message | | <B887CB49.4333%tadrake@earthlink.net> |
| 13 | Email Message | | <B888C2B6.4364%tadrake@earthlink.net> |
| 14 | Email Message | | <435A5CEEACA6D211BEEA0008C75DA8850B537C91@hrm12.house.gov> |
| 15 | Email Message | | <119.c498e60.29968a4f@aol.com> |

Page 2 Amended, Attachment 1
Plaintiff's Response to Defendant's Proposed Plan for Return of Electronically Stored Information
Roark v. US, 6:12-CV-01354-MC

| | Sent | Subject |
|---|---|---|
| 1 | 7/23/2001 22:45 | Sam Visner/SARC Meeting: Worst Case Scenario Realized |
| 2 | 11/8/2001 15:53 | Community and Law Enforcement Connections |
| 3 | 11/21/2001 22:39 | File Re Analysis |
| 4 | 1/5/2002 17:46 | FW: From Tom Drake Re Ft. Fumble... |
| 5 | 1/18/2002 17:33 | TT et al |
| 6 | 1/22/2002 17:23 | Latest on TT... |
| 7 | 1/23/2002 11:00 | RE: More on TT and the continuing P&E saga.... |
| 8 | 1/26/2002 12:25 | Latest on TT et al.... |
| 9 | 1/27/2002 18:51 | My "Chat" with Fran L. |
| 10 | 2/5/2002 19:32 | Latest on TT... |
| 11 | 2/6/2002 16:05 | FW: CT, TT |
| 12 | 2/7/2002 6:12 | Latest on TT... |
| 13 | 2/7/2002 23:48 | Re: Latest on TT... |
| 14 | 2/8/2002 18:39 | MB re TT and SF |
| 15 | 2/9/2002 9:21 | Re: About the DIR rumor... |

Page 3    Amended, Attachment 1, Roark v. U.S.

| | Sender | Receiver |
|---|---|---|
| 1 | J. Kirk and/or Cynthia L. Wiebe <jkwiebe@erols.com> | Bill Jack <William.B.Jack@cpmx.saic.com> |
| 2 | JKWiebe <JKWiebe@Adelphia.Net> | Diane Roark <diane.roark@mail.house.gov>, Dumbo <lstupid1@starpower.net>, Ed Loomis <eloomis@erols.com> |
| 3 | Kirk Wiebe <JKWiebe@Adelphia.Net> | Bill Binney <lstupid1@starpower.net>, Diane Roark <diane.roark@mail.house.gov>, Ed Loomis <eloomis@erols.com> |
| 4 | Kirk Wiebe <JKWiebe@Adelphia.Net> | Ed Loomis <eloomis@erols.com>, Sage <lstupid1@starpower.net> |
| 5 | Thomas Drake <tadrake@earthlink.net> | Ed & Kathlene Loomis <eloomis@erols.com>, jkwiebe@Adelphi.net, lstupid1@starpower.net, Roark, Diane <Diane.Roark@mail.house.gov> |
| 6 | Thomas Drake <tadrake@earthlink.net> | Bill Binney <lstupid1@starpower.net>, Diane Roark <Diane.Roark@mail.house.gov>, Ed Loomis <eloomis@erols.com>, Kirk Wiebe <JKWiebe@Adelphia.net> |
| 7 | Kirk Wiebe <JKWiebe@Adelphia.Net> | Bill Binney <lstupid1@starpower.net>, Diane Roark <Diane.Roark@mail.house.gov>, Ed Loomis <eloomis@erols.com>, Thomas Drake <tadrake@earthlink.net> |
| 8 | Thomas Drake <tadrake@earthlink.net> | Diane <dr20781@aol.com>, Dumbo <lstupid1@starpower.net>, Ed Kathlene Loomis <eloomis@erols.com>, Kirk Wiebe <JKWiebe@Adelphia.net> |
| 9 | Thomas Drake <tadrake@earthlink.net> | Diane <dr20781@aol.com>, Dumbo <lstupid1@starpower.net>, Ed Loomis <eloomis@erols.com>, Kirk Wiebe <JKWiebe@Adelphia.net> |
| 10 | Thomas Drake <tadrake@earthlink.net> | Diane <dr20781@aol.com>, Dumbo <lstupid1@starpower.net>, Ed Loomis <eloomis@erols.com>, Kirk Wiebe <JKWiebe@Adelphia.net> |
| 11 | Roark, Diane <Diane.Roark@mail.house.gov> | eloomis@erols.com <eloomis@erols.com>, jkwiebe@adelphia.net <jkwiebe@adelphia.net>, lstupid1@starpower.net <lstupid1@starpower.net>, tadrake@earthlink.net <tadrake@earthlink.net> |
| 12 | Thomas Drake <tadrake@earthlink.net> | Diane <dr20781@aol.com>, Dumbo <lstupid1@starpower.net>, Ed Loomis <eloomis@erols.com>, Kirk Wiebe <JKWiebe@Adelphia.net> |
| 13 | Thomas Drake <tadrake@earthlink.net> | Diane <dr20781@aol.com>, Dumbo <lstupid1@starpower.net>, Ed Loomis <eloomis@erols.com>, Kirk Wiebe <JKWiebe@Adelphia.net> |
| 14 | Roark, Diane <Diane.Roark@mail.house.gov> | eloomis@erols.com <eloomis@erols.com>, jkwiebe@adelphia.net <jkwiebe@adelphia.net>, lstupid1@starpower.net <lstupid1@starpower.net>, tadrake@earthlink.net <tadrake@earthlink.net> |
| 15 | dr20781@aol.com | eloomis@erols.com, jkwiebe@adelphia.net, lstupid1@starpower.net, tadrake@earthlink.net |

Page 4    Amended, Attachment 1, Roark v. U.S.

| | Source | Content Created | Size | Message Hash |
|---|---|---|---|---|
| 1 | Inbox.dbx | 7/23/2001 22:45 | 16894 | 85b0e102e88ee2d1f25f39cc478c329a |
| 2 | Inbox.dbx | 11/8/2001 15:53 | 15001 | a17cef3a3b47a17b5880348338d3951c |
| 3 | Inbox.dbx | 11/21/2001 22:39 | 4484 | 53ba87fc901fa0aae2a53a4de8262a3b |
| 4 | Inbox.dbx | 1/5/2002 17:46 | 8928 | 09a445ea33a15f02adc1a2e66e50b160 |
| 5 | Inbox.dbx | 1/18/2002 17:33 | 14736 | 95831df551d7bbbe1d94f07521ed4f34 |
| 6 | Inbox.dbx | 1/22/2002 17:23 | 6004 | 42f4cde17247c722db7163a5b317a97f |
| 7 | Inbox.dbx | 1/23/2002 11:00 | 9632 | d9a3432f502664e4ba07add8e78899e8 |
| 8 | Inbox.dbx | 1/26/2002 12:25 | 17577 | 9bdc07a2a1f5b6bb1a7c3bbf5822a582 |
| 9 | Inbox.dbx | 1/27/2002 18:51 | 17265 | b0035d56cae4dbf7258d5fe0c94e01c4 |
| 10 | Inbox.dbx | 2/5/2002 19:32 | 6175 | 41c2a6a2223bcf2d1a9f0008e88782de |
| 11 | Inbox.dbx | 2/6/2002 16:05 | 9338 | 2f8ca83854cac1d9de0ff27f1df1c153 |
| 12 | Inbox.dbx | 2/7/2002 6:12 | 18879 | ffc42f1603d3f380ebcec31fb9af80b7 |
| 13 | Inbox.dbx | 2/7/2002 23:48 | 10039 | 5e307557c3ad30d5c5cbe8073d21baae |
| 14 | Inbox.dbx | 2/8/2002 18:39 | 48183 | 2c5f7fc46b963c8d873d0fe3131a325e |
| 15 | Inbox.dbx | 2/9/2002 9:21 | 9518 | d7ad831099ea397921404a7ed65c1fcf |

Page 5   Amended, Attachment 1,
         Roark v. U.S.

| | MD5 Hash | Contributor | Content Last Modified | Creator |
|---|---|---|---|---|
| 1 | ca4222024c0da2e1dbc5b49b25e83197 | | | |
| 2 | c084f20f6fd6b26b04e78b8f97ce1282 | | | |
| 3 | 4b9811d45d0fddaf9b9a39aeb035aba8 | | | |
| 4 | 13b9ebf1aa146b4e8bd526d733f3346f | | | |
| 5 | a2eb4aa6fc29f34a9d450435927feccd | | | |
| 6 | 33a6fd14b6d1a491d6dae7af132321d0 | | | |
| 7 | 3a7a948e151a8fdf667eba697c909203 | | | |
| 8 | ba1d97a8f280488ad7f483e8e8d08629 | | | |
| 9 | 58d72342cf1718438cbdbf8004162f02 | | | |
| 10 | 797e191b11b126cb468d762a2c772792 | | | |
| 11 | 29c07f12cbbb0fd1ffdc3223255327a8 | | | |
| 12 | 1e76628d0a297bd1df9aec5e94dfed1d | | | |
| 13 | 831858b5d6c195affb8abc4efe968df8 | | | |
| 14 | c4e1e9443adb53bd465fa0e5d4415960 | | | |
| 15 | 3335494a61867851bad6f742712465be | | | |

Page 6   Amended, Attachment 1
Roark v. U.S.